# WILL COUNTY CLERK
## JOLIET, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

STATE FILE NUMBER: 2020 0007925
MEDICAL EXAMINER'S CASE NUMBER: 20-0048
DATE ISSUED: 3/16/2020

- **DECEDENT'S LEGAL NAME:** ERIC DUBROCK LURRY JR
- **SEX:** MALE
- **DATE OF DEATH:** JANUARY 29, 2020
- **COUNTY OF DEATH:** WILL
- **AGE AT LAST BIRTHDAY:** 37 YEARS
- **DATE OF BIRTH:** AUGUST 07, 1982
- **CITY OR TOWN:** JOLIET
- **HOSPITAL OR OTHER INSTITUTION NAME:** PRESENCE ST JOSEPH MEDICAL CENTER
- **PLACE OF DEATH:** INPATIENT
- **BIRTHPLACE:** JOLIET, IL
- **SOCIAL SECURITY NUMBER:** 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
- **STATUS AT TIME OF DEATH:** MARRIED
- **SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:** NICOLE ANN WALKER
- **EVER IN U.S. ARMED FORCES?:** NO
- **RESIDENCE:** 615 N RAYNOR AVENUE APT 3
- **APT. NO.:**
- **CITY OR TOWN:** JOLIET
- **INSIDE CITY LIMITS?:** YES
- **COUNTY:** WILL
- **STATE:** IL
- **ZIP CODE:** 60435
- **FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** ERIC DUBROCK LURRY SR
- **MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** OLLIE AUTMAN
- **INFORMANT'S NAME:** NICOLE ANN LURRY
- **RELATIONSHIP:** WIFE
- **MAILING ADDRESS:** 615 N RAYNOR AVENUE APT 3, JOLIET, IL, 60435
- **METHOD OF DISPOSITION:** BURIAL
- **PLACE OF DISPOSITION:** ELMHURST CEMETERY
- **LOCATION - CITY OR TOWN AND STATE:** JOLIET, IL
- **DATE OF DISPOSITION:** FEBRUARY 05, 2020
- **FUNERAL HOME:** MINOR-MORRIS FUNERAL HOME, 112 RICHARDS STREET, JOLIET, IL, 60433
- **FUNERAL DIRECTOR'S NAME:** TERRY MORRIS
- **FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034012113
- **LOCAL REGISTRAR'S NAME:** SUSAN OLENEK
- **DATE FILED WITH LOCAL REGISTRAR:** MARCH 6, 2020

**CAUSE OF DEATH**
- PART I. a. IMMEDIATE CAUSE (Final disease or condition resulting in death): HEROIN, FENTANYL AND COCAINE INTOXICATION
- b. Due to (or as a consequence of):
- c. Due to (or as a consequence of):
- Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

- **WAS AN AUTOPSY PERFORMED?:** YES
- **WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?:** YES
- **FEMALE PREGNANCY STATUS:** NOT APPLICABLE
- **MANNER OF DEATH:** ACCIDENT
- **DATE OF INJURY:** JANUARY 28, 2020
- **TIME OF INJURY:** 04:15 PM
- **PLACE OF INJURY:** OUTSIDE OF JOLIET POLICE DEPARTMENT
- **INJURY AT WORK?:** NO
- **LOCATION OF INJURY:** 150 W WASHINGTON STREET, JOLIET, IL, 60432
- **DESCRIBE HOW INJURY OCCURRED:** HEROIN, FENTANYL AND COCAINE RELATED OVERDOSE
- **IF TRANSPORTATION INJURY, SPECIFY:**
- **ATTEND THE DECEASED?:**
- **DATE LAST SEEN ALIVE:**
- **WAS MEDICAL EXAMINER OR CORONER CONTACTED?:**
- **DATE PRONOUNCED:** JANUARY 29, 2020
- **TIME OF DEATH:** 02:37 AM
- **CERTIFIER:** MEDICAL EXAMINER/CORONER
- **DATE CERTIFIED:** MARCH 06, 2020
- **NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** PATRICK K ONEIL, 158 N SCOTT STREET, JOLIET, IL, 60432
- **PHYSICIAN'S LICENSE NUMBER:**

Record Amended on: 3/6/2020

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Lauren Staley Ferry*
Lauren Staley Ferry
Will County Clerk

LURRY000064

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE