| J1 - JOLIET POLICE DEPARTMENT | **OFFICER SUPPLEMENT REPORT** | J1-20-0001290-002 |
|---|---|---|

150 W Washington St
Joliet, IL 60432
(815) 724-3100

| Approved By: |
|---|
| Approved On: |

## INCIDENT SUMMARY

**Subject:** Assist Law Agency
**Occurred On:** 1/28/2020 3:12:17 PMTuesday
**Occurred Address:** S Briggs St / E Washington St , JOLIET, IL 60433

**Reported On:** 1/28/2020 3:12:17 PM
**Or Between:**
**Location Name:**

**Report Type:** Criminal Report (Arrest Made)
**Disposition:** ADULT ARREST - CLEARED
**Reporting Officer:** TELLEZ, JOSE
**Assisted By:**
MCCUE, ANDREW

**Beat:** J115

**Juvenile Report:** N - No

## SUSPECT

**Name:** LURRY, ERIC D JR
**Alias:** LURRY, ERIC D JR -
**Sex:** Male
**Height:** 6' 2"
**SSN #:** 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
**Employee / School:** PERFECT CUT BARBER

**LEADS #:**

**Race:** Black/African American
**Weight:** 285

**DOB:** 8/7/1982
**Hair:** Black
**DLN #:** L60020482224
**Occupation / Grade:** BARBER

**Age:** 37

**Eye:** Brown
**DLN State:** Illinois

| Address Type | Address | City / State / Zip |
|---|---|---|
| H - Home/Residence | 2219 COTTONWOOD DR, Apt#UNIT A | JOLIET, IL 60433 |
| H - Home/Residence | 615 N Raynor Ave, Apt 3 | JOLIET, IL 60435 |

| Phone Type | | Phone |
|---|---|---|
| M - Mobile/Cell | | (815) 557-5800 |
| M - Mobile/Cell | | (815) 666-8553 |
| M - Mobile/Cell | | (815) 666-4240 |

| Scar / Mark / Tattoo | SMT Location | Description |
|---|---|---|
| Tattoo | TATTOO, ARM, NONSPECIFIC | CHINESE LETTERS |
| Tattoo | TATTOO, ARM, LEFT | CHINESE LETTERS |

**Attire:**

### SUSPECTED OF

| Offense | # of Charges |
|---|---|
| 2012 - DELIVERY OF CONTROLLED SUBSTANCE | 1 |
| 3711 - RESIST, OBSTRUCT, OFFICER, FIREFIGHTER, CORRECTIONAL OFC | 1 |

## NARRATIVE

Arrested and placed on a prisoner hold slip at Provina St. Joes hospital is Lurry, Eric D for 570/401 Delivery of a controlled substance, 5/31-1 Resisting/Obstructing a P.O.

I did hear Officer Wietting #245 effect a traffic stop with 2 occupants in the area of Briggs and Washington. I, along with my partner OFC. McCue #118, arrived on scene of Ofc. Wietting's stop.

While on scene myself and Officer McCue #118 did have contact with a subject later identified as Eric Lurry. Lurry was a passenger

1/28/2020 9:31 PM

Ex. 2

JOLIET000007

J1 - JOLIET POLICE
DEPARTMENT

**OFFICER SUPPLEMENT REPORT**

J1-20-0001290-002

on the traffic stop that Officer Wietting had effected. I did hear Officer Wietting advise that he had the driver in custody for driving while license suspended and Possession of a controlled substance.

Lurry was on scene and had been initially "patted" down by Officer McCue and did have a large quantity of money in both front pockets. Lurry was checked via LEADS for a valid ID to confirm his identity since he did not have one on his person. Dispatch did advise that Lurry was clear and Officer Wietting advised me that Lurry could leave the scene. Lurry did proceed to ask for a cell phone in the car which he described as a red Iphone. Lurry was given this phone and left the scene W/B on Washington from the traffic stop.

Officer Wietting did advise me that the subject which he had in custody was complaining that Lurry had taken his phone. Myself and Officer McCue proceeded to where Lurry was walking as he was still in eyesight of our location walking on the south side of the street just east of Hebbard St. Once we made contact with Lurry we did inform him that the driver of the vehicle advised us that the red phone taken from the vehicle belonged to the driver.

Lurry did produce the red iphone and stated that it did not belong to him and agreed that it belonged to the driver of the vehicle and gave me the phone. I was then informed by Officer Wietting that we were to confiscate the money that Lurry had in his front pockets. I did advise Lurry that I was going to confiscate the money on his person and advised him that I was going to pat him down to which he complied and placed his hands on my squad.

I did remove a large amount of USC in different denominations from both of Lurry's front pant pockets. I then began a "pat down" of Lurry and did place my hand over his left inner thigh and did feel what was immediately apparent based on my experience as a plastic baggie containing a soft pliable substance. As I continued to feel the substance I did simultaneously hear Officer McCue say "hey don't go reaching" "get your hands out of your pants" and Lurry buried his right hand into his crotch area. Lurry was told to get his hands out of his pants and proceeded to turn around and dove towards the ground with now both of hands placed underneath his torso.

Myself and Officer McCue did advise Lurry several times to comply by placing his hands behind his back but continued to struggle with Officers. I did observe Lurry bury his face towards his hands while on the ground. Myself and Officer McCue were eventually able to get Lurry's hands behind his back and did place him into custody for obstructing a P.O.
Lurry was placed into the rear of my police squad and the video/audio was turned on.

Officer McCue did drive the vehicle to the police station and we did advise that we had a subject in custody for obstructing. While driving to the police station I did check the monitor which shows the rear camera where Lurry was seated and did observe Lurry to be making chewing motions with his mouth but would stop when he observed me looking at him. Once at Joliet Police station Lurry refused to exit the vehicle and additional officers did assist in attempting to remove him from the back of the squad. I did advise officers on scene that I believed that Lurry had placed/had contraband in his mouth. While officers were attempting to remove Lurry from the squad we did recover various plastic baggies from his mouth containing a wet, white residue.

Lurry began to show the effects of the suspected contraband that he had placed in his mouth and became unresponsive. Officers on scene did immediately call for an ambulance to respond to the scene. Immediately after Officers were able to remove Lurry from the back of the squad first aid procedures were initiated. (see their follow ups for further).

Shortly afterwards JFD paramedics arrived on scene and Lurry was transported to Provena St, Joes Hospital for treatment. Officers did follow the ambulance to the hospital were it was later learned that staff had stabilized Lurry.
Once at the police station I did have the opportunity to review the in squad video which shows Lurry making several chewing motions time and time again prior to arriving at the police station.
Felony charges were approved by LT. Harrison. All evidence was turned over to Officer Hernandez #135 (see his follow up for further).

JOLIET000008