| | | |
|---|---|---|
| J1 - JOLIET POLICE DEPARTMENT | **OFFICER SUPPLEMENT REPORT** | J1-20-0001290-009 |

150 W Washington St
Joliet, IL 60432
(815) 724-3100

Approved By:
Approved On:

## INCIDENT SUMMARY

**Subject:** Possession of Controlled Substance
**Occurred On:**
**Occurred Address:** S Briggs St / E Washington St, JOLIET, IL 60433

**Reported On:** 1/28/2020 3:12:17 PM
**Or Between:**
**Location Name:**

**Report Type:** Supplemental Report
**Disposition:** ADULT ARREST - CLEARED
**Reporting Officer:** HARRISON, JEREMY
**Assisted By:**

**Beat:** J115

**Juvenile Report:** N - No

## NARRATIVE

On 01/28, I supervised Officers from the Narcotics Unit and Patrol with the surveillance and eventual arrests of 4 subjects through the course of a drug transaction that took place at the Speedway Gas Station at 436 S. Briggs St. I was riding with Sgt. May and observed a hand to hand drug transaction occur between the driver of a red Buick LaCrosse and the passenger of a blueish/purple colored Mazda. After the transaction occurred, we followed the red Buick s/b on Briggs until Officers Steurer and Holman were able to observe it. I then assisted with the scene of the traffic stop at 1119 New Lenox Rd. (20-001295, 20-001298).

While leaving the scene at New Lenox Rd., I overheard sector 14 (Officers Tellez and McCue) asking for assistance in the 1500 block of Washington St. I previously knew that Officer Wietting had stopped the Mazda at Briggs and Washington St. and had a subject in custody for Possession of a Controlled Substance and Driving While License Suspended. Based on that, I thought that sector 14 was struggling with Wietting's arrestee. Sgt. May and I arrived at JPD and we waited for sector 14 to arrive to gather the particulars of the arrest and as to why they needed assistance. When sector 14 arrived, I stood off to the north and observed and overheard Officer McCue trying to get the arrestee, Lurry, out of the squad car. I could see the arrestee and immediately recognized him as Lurry from numerous prior contacts. I spoke out to Lurry, called him by his first name (Eric) and told him to get out of the car. I could see Lurry blinking oddly and his mouth opening and shutting almost as if he was trying to swallow.

It was apparent that Lurry was not going to exit the squad car. At that time, I could not tell if Lurry was feigning illness or suffering from a medical emergency so I told Sgt. May to go to the other side and try and assist getting Lurry out of the car. I started to walk around the squad car to assist Sgt. May and could hear him say that he could see a bag in Lurry's mouth. At that time, I felt that it was a medical emergency to get the bag out of Lurry's mouth as it, based on my experience, had contained narcotics and was also a potential breathing obstruction. Lurry's mouth was partially open and I requested that someone (meaning any Officer with access) get something to prop his mouth open and pull the bag out. I advised to use an asp baton or flash light, if necessary, just in case Lurry regained consciousness and bit down so as not to injure the Officer trying to retrieve the bag.

Officers were able to remove portions of a plastic bag from Lurry's mouth and during this time, Sgt. May advised that Lurry was not breathing. I immediately got on the radio requesting an ambulance for a arrested subject that had injested narcotics and did not appear to be breathing. I also requested that Sgt. Collins retrieve an AED. Lurry was immediately removed from the squad car, un-handcuffed and CPR was being administered by Officer Ranstead. Quickly after, Lurry began breathing and had a pulse. As JFD arrived, I could observe Lurry having what I would describe as a violent seizure on the ground. JFD began administering aid and transported Lurry to St. Joe's Hospital.

I advised Deputy Chief Reid of the situation and went to check on the status of Lurry. I was advised by hospital staff that Lurry was breathing and had a good blood pressure. I was advised that he was going to have a CT scan and then transferred to the ICU.

2/9/2020 1:03 PM

Page 1 of 2

Ex. 8

JOLIET000016

| J1 - JOLIET POLICE DEPARTMENT | **OFFICER SUPPLEMENT REPORT** | J1-20-0001290-009 |
|---|---|---|

I left St. Joe's and returned to JPD where I took custody of evidence that Officer Hernandez #135 had secured from Lurry. I brought the evidence to the JNU office where I visually inspected the large portion of the plastic bag to see if I could retrieve any narcotics. I observed smear marks on the bag as well as small brownish remnants of a substance but did not test it as I did not want to waste any potential evidence during the field test process. I observed that the currency recovered was in 3 stacks and counted them as $1000, $120 and $260. There were also 3 cellular phones recovered as well. I had the case agent, Officer Soustek, take custody of the items to later place into evidence.