## NARRATIVE SUPPLEMENT REPORT

J1-20-0001290

**Subject:** DELIVERY OF CONTROLLED SUBSTANCE
**Reporting Officer:** MAY, DOUGLAS 056

**Entered By:** ATHERN, TRACY 806
**Entered On:** 1/28/2020 7:18:00 PM

CRITICAL INFORMATION:

A/LURRY, ERIC

NARRATIVE:

Myself, along with other Joliet Narcotic Unit officers, were conducting narcotics operations in the area of Briggs Street, north of I-80, reference CR #20-0001295. It should be noted that Lurry was a passenger in a vehicle that was stopped by OFC Wietting #245 in reference to this investigation. It should be noted that I was not on the scene at Washington and Briggs, that I was at 1119 New Lenox Road. I was riding with LT Harrison #39, and we did overhear some type of radio traffic that sounded like a subject from the traffic stop that OFC Weitting stopped had attempted to escape or was fighting with police officers at that location.

Myself and LT Harrison returned to the Joliet Police Department, at which time we learned that OFC Tellez and his recruit OFC McCue #118 had transported A/Lurry. Myself and LT Harrison were at the JPD when OFC Tellez pulled up. OFC McCue attempted to ask Lurry to step out of the vehicle, at which time it appeared that he was being very uncooperative, with OFC McCue advising Lurry to get out of the squad car or he would be pulled out. It should be noted he was doing this on the passenger side of the vehicle.

I went to the driver's side rear in an attempt to assist OFC McCue at extracting Lurry out of the vehicle. It appeared that he was being uncooperative, and in my mind was attempting to fain being unresponsive. It should be noted that I used vulgar language due to Lurry not responding to us. I attempted to stun Lurry in his shoulder area in an attempt to get him to be responsive and comply. I ultimately ended up striking Lurry with an open hand about the head. I put my hand up on Lurry's neck and jaw, and it appeared Lurry was attempting to conceal what I believed to be narcotics in his mouth, at which time I pinched Lurry's nose in an attempt to get him to open his mouth. It should be noted, at the time that I pinched Lurry's nose, my hand was not on or near Lurry's throat. In my experience this has been very successful in getting arrestees who are attempting to conceal narcotics in their mouth to open their mouth, due to having a hard time breathing.

Ultimately Lurry did open his mouth and McCue was able to extract several plastic bags from his mouth. It should be noted, upon Lurry opening his mouth I smelled what I know to be the smell of cocaine coming from his mouth area. This is due to my training experience in the field of narcotics.

While in the back of the squad car while attempting to extract Lurry, Lurry became what I believed to be unresponsive. Once it was determined that he was having a medical emergency, I immediately asked other officers on the scene to extract Lurry. It should be noted that Lurry was handcuffed behind his back and is a very big man. Myself, OFC McCue, and OFC Ranstead assisted Lurry in getting him out of the back of the car. He appeared to be having a medical emergency. It should be noted that I was worried about Lurry having a choking hazard in his mouth, which is another reason why we wanted to extract the items from his oral cavity.

Officers got Lurry on his back, unhandcuffed him, and OFC Ranstead immediately began giving Lurry CPR, and began giving him chest compressions. I told SGT Collins to go get the AED and advised LT Harrison to call for an ambulance due to me believing that Lurry was in medical distress.

OFC Darcy arrived on the scene, who has additional first aid experience. OFC Darcy told me he felt a pulse, at which time OFC Ranstead paused chest compressions. It was shortly after that JFD arrived and began giving medical attention to

## NARRATIVE SUPPLEMENT REPORT

J1-20-0001290

Lurry. See OFC Wietting's original in reference to further.

See original for further...DM#56