| Subject: Opioid Overdose Prevention Initiative | G.O. 9-32 |
|---|---|
| *Accreditation Standard(s):* | |

1. **POLICY**
   1.1 Joliet Police Department members may administer Narcan (Naloxone) when an opioid overdose is indicated in accordance with the mandated training guidelines as determined and provided by the Will County Health Department (WCHD) and pursuant to 20 ILCVS 301/5-23 (Public Act 96-361).
2. **DEFINITION**
   2.1 Opioid Antidote – Naloxone hydrochloride or any other similar acting and equally safe drug approved by the U.S. Food and Drug Administration for the treatment of drug overdose.
3. **TRAINING**
   3.1 The Department will have members trained as trainers and will receive instruction from the WCHD or their representative. These personnel will train the remaining members of the Department (sworn and civilian) in the proper way to administer Narcan.
   3.2 The Narcan coordinator, who will be designated by the Chief of Police, will ensure that all members have been trained.
4. **DEPLOYMENT**
   4.1 Narcan kits will be distributed department-wide to members who have received the proper training.
   4.2 Narcan kits will also be held in the following areas:
       A. Front Desk Area
       B. Investigation Division
       C. Watch Commander Equipment Room
5. **NARCAN USE**
   5.1 The member will first determine if the person may be suffering from an overdose of an opiate by conducting a patient assessment for the following signs:
       A. Shallow or no breathing
       B. Cyanotic Lips
       C. Unresponsive to pain stimuli (i.e. sternum rub)
       D. Presence of drugs, paraphernalia, or instruments associated with its illegal use
   5.2 The member will notify dispatch that they believe the person may be in a potential overdose state. Member(s) will maintain universal precaution methods to aid in the prevention of their exposure to blood-borne pathogens or communicable disease. Once it is determined that Narcan will be deployed, the member will do so in accordance with the training he/she previously received.
   5.3 Once the member administers the Narcan, he/she will notify dispatch in order to relay that information to responding emergency medical personnel. The member or dispatch will notify the appropriate supervisor of the use of Narcan. A person who has overdosed or suspected of overdosing should be considered unable to make an intelligent decision; therefore, the consent to aid is presumed.
6. **MAINTENANCE, INSPECTION, AND REPLACEMENT**
   6.1 Narcan has a three-year shelf life; however, it is temperature sensitive. It must be stored in a consistent climate between 59 and 86 degrees Fahrenheit. It is the responsibility of each member receiving a Narcan kit to inspect it for spoilage and/or defect.
   6.2 If a member determines that the kit is unusable, he/she will notify their supervisor to have the kit replaced. The Narcan coordinator will then be notified of the reported deficiency. The coordinator will also inspect the kit to determine its serviceability and take the appropriate action.
   6.3 The locations stated in Section 4 of this policy will have their own Narcan kits permanently assigned. The Narcan coordinator will be responsible for those kits.
   6.4 Department members who volunteer for this program will be issued a Narcan kit and will ensure that Narcan kits are stored in a manner that will make them immediately available to the member. It has been suggested by the WCHD that members carry their Narcan kits on their person. It is up to the individual member to determine where their Narcan kit will be carried as long as it complies with the WCHD guidelines.
7. **REPORTING**
   7.1 Following the use of Narcan, the member shall submit a report detailing the nature of the incident, the care the patient received, and the fact that Narcan was deployed.

Ex. 16

JOLIET007091

7.2 The member is responsible for completing the Illinois Department of Human Services *Overdose Reversal and Naloxone Administration Reporting Form* The form will be submitted for approval along with all other paperwork related to the incident. (https://www.dhs.state.il.us/onenetlibrary/27896/documents/Reversal2019.pdf).

7.3 The Watch Commander shall ensure that all reports are forwarded to the Narcan coordinator who will ensure a copy of the report is forwarded to the Narcan coordinator at the WCHD for statistical value and tracking and in compliance with program guidelines and Illinois Compiled Statutes 20 ILCS 301/5-23.

Revised: July 2, 2019

JOLIET007092