Will County Coroner's Office
158 North Scott Street; Joliet, Illinois 60432
Patrick K. O'Neil, Coroner

## REPORT OF POSTMORTEM EXAMINATION

NAME: Eric D. Lurry Jr.                    CASE #: 20-0048

AGE: 37 years          SEX: Male                    RACE: Black

ADDRESS OF DECEDENT: 615 North Raynor Avenue, Apartment 3

CITY AND STATE: Joliet, Illinois

EXAMINED BY: Michel J. Humilier, MD

DATE OF DEATH: January 29, 2020          TIME OF DEATH: 2:37 AM

DATE OF AUTOPSY: January 29, 2020        TIME OF AUTOPSY: 9:15 AM

The examination is performed at the Will County Coroner's Morgue Facility, Crest Hill, Illinois, under the authority of Coroner Patrick K. O'Neil.

### EXTERNAL EXAMINATION:

The body is received clothed in a hospital gown. No clothing accompanies the body.

The body is that of an adult black male weighing 316 pounds, measuring 6 feet 2 inches in length, and appearing the stated age of 37 years. The body is cold to touch. Rigor mortis is present to an equal extent in all joints. Postmortem lividity is well developed in the posterior dependent portions of the body.

The hair is brown with gray and short. On the face, there are multiple scars, measuring 0.3 inches in greatest dimension. The eyes are closed. The corneas are cloudy. The irises are brown. The earlobes are pierced once bilaterally. The skeleton of the nose is intact. The lips and frenula display no abnormalities. The teeth are natural and reveal poor dentition. There is a brown with gray beard and mustache. The neck is symmetrical.

On the right side of the chest, there is a tattoo of a multi-patterned design. On the left side of the chest, there is a tattoo of a multi-patterned design. On the chest and abdomen, there are multiple scars, measuring 0.2 inches in greatest dimension. The chest and abdomen are symmetrical. The external genitalia are normal male and circumcised.

The fingernails are long and dirty. On the anterior right forearm, there is a tattoo of a multi-patterned design. On the posterolateral right upper arm, there is a tattoo of a multi-patterned

1

**Ex. 19**

LURRY000455

NAME: ERIC D. LURRY JR.                                    CASE #: 20-0048

## EXTERNAL EXAMINATION: (continued)

design. On the posteromedial right upper arm, there is a tattoo of letters. About the right forearm, wrist, and hand, there are multiple scars, measuring 1.7 inches in greatest dimension. On the lateral left shoulder, there is a tattoo of a multi-patterned design. On posterior left upper arm, there is a tattoo of a "B". On the posteromedial left forearm, there is a tattoo of the name "Nicole". On the anterior left forearm, there is a tattoo of letters. About the left forearm, wrist, and hand, there are multiple scars, measuring 2.0 inches in greatest dimension. The upper extremities are symmetrical.

On the right side of the upper back, there is a tattoo of a multi-patterned design. The back and buttocks are symmetrical.

The toenails are long and dirty. About the lower legs, there are multiple scars, measuring 0.5 inches in greatest dimension. The lower extremities are symmetrical.

## EXTERNAL EVIDENCE OF INJURY:

1. On the upper right sclera, there is a petechial hemorrhage.

2. On the left side of the upper lip, there is a laceration, 0.3 x 0.2 inches.

3. On the lower lip, there are multiple abrasions, measuring 0.3 inches in greatest dimension.

4. On the posterior right hand, there is a bruise, 0.5 x 0.4 inches.

5. On the posterolateral right hand, there is a bruise, 0.8 x 0.5 inches.

6. On the medial right wrist, there is a bruise, 0.4 x 0.4 inches.

7. On the medial left hand, there is an abrasion, 0.1 inches in diameter.

## EVIDENCE OF MEDICAL TREATMENT:

1. In the mouth, there is an endotracheal tube.

2. On the right side of the neck, there is a catheter.

3. On the chest and abdomen, there are multiple electrocardiogram leads.

4. On the chest and back, there are multiple cardioversion pads.

5. On the anterior right elbow crease, there is an intravenous catheter.

6. On the distal anterior right forearm, there is an intravenous catheter.

7. In the urethra, there is an indwelling urinary catheter.

LURRY000456

NAME: ERIC D. LURRY JR.                                     CASE #: 20-0048

## INTERNAL EVIDENCE OF INJURY:

1. On the anterolateral left wrist, there is subcutaneous hemorrhage, 0.6 x 0.4 inches.

2. On the anterolateral right wrist, there is subcutaneous hemorrhage, 0.7 x 0.3 inches.

3. On the distal medial left forearm, there is subcutaneous hemorrhage, 0.3 inches in diameter.

4. On the posterolateral right elbow, there is subcutaneous hemorrhage, 1.2 x 0.7 inches.

5. On the inferior portion of the right sternothyroid muscle, there is hemorrhage, 0.5 x 0.3 inches.

## INTERNAL EXAMINATION:

Body Cavities: The body is entered by a Y-shaped incision. All organs are present in their usual anatomic positions and present their usual anatomic relationships. No excess fluid is present in any body cavity.

Neck Organs: The anterior muscles of the neck reveal injuries as previously noted. The cartilages of the larynx and epiglottis display no abnormalities. The hyoid bone is intact. Examination of the tongue reveals no evidence of injury. The thyroid gland is without special note.

Respiratory System: The right lung weighs 1450 grams. The left lung weighs 1120 grams. The right lung reveals pleural adhesions. The lungs are blue/gray. The trachea and bronchi display no abnormalities. No thromboemboli are present in the pulmonary artery. On cut section, the pulmonary parenchyma reveals diffuse congestion and edema.

Cardiovascular System: The heart weighs 470 grams. The coronary arteries pursue their usual anatomic course and display no evidence of atherosclerosis. The valves of the heart and great vessels are without special note. Serial sections of the myocardium reveal no focal areas of pathologic change. The interventricular septum measures 0.6 inches in thickness. The left ventricle measures 0.7 inches in thickness. The aorta is without special note.

Hepatobiliary System: The liver weighs 1840 grams. The liver is red/brown with smooth surfaces and sharp margins. On cut section, the hepatic parenchyma is congested. The gallbladder and biliary tract pursue their usual anatomic course and display no pathologic change.

Hemolymphatic System: The spleen weighs 190 grams. The spleen is blue/gray and firm. On cut section, the splenic parenchyma is congested. No prominent lymphadenopathy is noted.

Gastrointestinal System: The esophagus is without special note. The stomach contains 150 cc of partially digested food material. The small and large intestines are without special note. The appendix is present.

LURRY000457

NAME: ERIC D. LURRY JR.                                    CASE #: 20-0048

**INTERNAL EXAMINATION: (continued)**

Genitourinary System: The right kidney weighs 180 grams. The left kidney weighs 160 grams. The kidneys are red/brown and smooth. On cut section, the renal parenchyma is congested. The renal pelves, ureters, and urinary bladder are without special note.

Endocrine System: The pituitary, pancreas, and adrenal glands are without special note.

Musculoskeletal System: The ribs, long bones, and vertebral column are without special note.

Central Nervous System: The scalp displays no lacerations or hematomas. On reflecting the scalp, there is no subgaleal hemorrhage. The skull is intact. On entering the cranial cavity, there is no subdural or epidural hematoma. The leptomeninges are without special note. The brain weighs 1570 grams. The brain reveals cerebral edema as manifested by flattening of the cortical convolutions. Serial sections of the brain reveal no focal areas of pathologic change. The arteries at the base of the brain display no abnormalities. Fluid blood is present in the dural sinuses.

**SPECIAL STUDIES:**

1.  Body fluid samples are submitted for requested analyses (see toxicology report).

2.  Documentation photographs are taken by the Crime Scene Investigator from the Will County Sheriff's Police Department.

3.  Right and left fingernail clippings and combed and pulled head hair are submitted to the Crime Scene Investigator from the Will County Sheriff's Police Department.

**ANATOMIC DIAGNOSES:**

1.  Hospital urine is positive for 6-MAM (37 ng/mL), which is indicative of heroin use.

2.  Hospital blood is positive for Morphine (64 ng/mL).

3.  Hospital blood is positive for Fentanyl (32 ng/mL).

4.  Hospital blood is positive for Benzoylecgonine (560 ng/mL).

5.  Pulmonary edema.

6.  Cerebral edema.

7.  Right pleural adhesions.

8.  Right sternothyroid muscle hemorrhage.

4

LURRY000458

NEC 1                                                   Department of Public Health
(Rev. 3/69)

## Report of the Coroner's Forensic Pathologist
## to the Coroner of Will County, Illinois

I, Michel J. Humilier, MD, performed an examination authorized on a body identified to
me by the Will County Coroner as **Eric D. Lurry Jr.**, who died on **January 29, 2020.**

Place of Death: Joliet, IL

Place of Examination: Crest Hill, IL

In my opinion, the cause of death was as follows:

Immediate cause:

**(a) Heroin, Fentanyl, and Cocaine Intoxication**

due to, or as a consequence of:

(b)

due to, or as a consequence of:

(c)

Other significant conditions contributing to death but not related to the terminal
conditions:

My conclusions are based on the following observations and findings.

1. Autopsy findings
2. Coroner's investigation reports
3. Toxicology testing results

Date Submitted: March 4, 2020

_____
Michel J. Humilier, M.D.
Coroner's Forensic Pathologist
(Electronic Signature on File)
Illinois License #036-110256

**LURRY000459**



**CONFIDENTIAL**

| | |
|---|---|
| **Workorder** | 20037299 |
| **Chain** | 20037299 |
| **Patient ID** | 20-0048 |

**Page 2 of 5**

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| 4-ANPP | Positive | ng/mL | 0.20 | 001 - Peripheral Blood | LC/TOF-MS |
| Caffeine | Positive | mcg/mL | 0.40 | 001 - Peripheral Blood | LC/TOF-MS |
| Naloxone | Positive | ng/mL | 2.0 | 001 - Peripheral Blood | LC/TOF-MS |
| Benzoylecgonine | 560 | ng/mL | 100 | 001 - Peripheral Blood | GC/MS |
| Morphine - Free | 64 | ng/mL | 10 | 001 - Peripheral Blood | LC-MS/MS |
| Fentanyl | 32 | ng/mL | 0.20 | 001 - Peripheral Blood | LC-MS/MS |
| Cocaine / Metabolites | Presump Pos | ng/mL | 150 | 003 - Urine | EIA |

This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended.

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Fentanyl / Metabolite | Presump Pos | ng/mL | 2.0 | 003 - Urine | EIA |

This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended.

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| 6-MAM - Free | 37 | ng/mL | 10 | 003 - Urine | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. 4-ANPP (Despropionyl fentanyl) - Peripheral Blood:

   4-ANPP (despropionylfentanyl) is a precursor chemical used in the production of fentanyl/fentanyl related compounds and is also a fentanyl metabolite and may be a metabolite of other fentanyl-related compounds. It is considered to be pharmacologically weak.
   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

2. 6-MAM - Free (6-Monoacetylmorphine; Heroin Metabolite) - Urine:

   6-monoacetylmorphine (6-MAM) is the 6-monoacetylated form of morphine, which is pharmacologically active. When present, it is generally indicative of heroin (diacetylmorphine) use.

3. Benzoylecgonine (Cocaine Degradation Product) - Peripheral Blood:

   Benzoylecgonine is an inactive metabolite and chemical breakdown product of cocaine. Cocaine is a DEA Schedule II controlled central nervous stimulant drug. Effects following cocaine use can include euphoria, excitement, restlessness, risk taking, sleep disturbance, and aggression. A period of mental and physical fatigue and somnolence follow the use of cocaine after the excitant-stimulant effects wear off. Benzoylecgonine has a half-life of 6 to 10 hours. The average blood benzoylecgonine concentration in 906 impaired drivers was 1260 ng/mL (range 5 - 17600 ng/mL). Benzoylecgonine blood concentrations in patients admitted to an emergency room for cocaine related medical complaints were 1280 ng/mL (SD = 1290 ng/mL). Benzoylecgonine concentrations in plasma following oral administration of 2 g/day of cocaine over 6 days, averaged 4900 ng/mL. The average blood benzoylecgonine concentration in 37 cocaine related fatalities was 7900 ng/mL (range 700 - 31000 ng/mL).

4. Caffeine (No-Doz®) - Peripheral Blood:

   Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

5. Cocaine / Metabolites - Urine:

   Cocaine is a central nervous system stimulant and drug of abuse.

   This result derives from a presumptive test, which may be subject to cross-reactivity with non-cocaine related compounds. A second test is necessary to confirm the presence of cocaine related compounds.

NMS v.18.0

LURRY000460



**NMS Labs**

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

# Toxicology Report

**Report Issued**   02/19/2020 17:01

To:   **10073**
Will County Coroners Office
Attn: Patrick K. O'Neil
158 N. Scott Street
Joliet, IL  60432

| | |
|---|---|
| **Patient Name** | LURRY JR., ERIC D |
| **Patient ID** | 20-0048 |
| **Chain** | 20037299 |
| **Age** 37 Y | **DOB** 08/07/1982 |
| **Gender** | Male |
| **Workorder** | 20037299 |

**Page 1 of 5**

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| 4-ANPP | Positive | ng/mL | 001 - Peripheral Blood |
| Caffeine | Positive | mcg/mL | 001 - Peripheral Blood |
| Naloxone | Positive | ng/mL | 001 - Peripheral Blood |
| Benzoylecgonine | 560 | ng/mL | 001 - Peripheral Blood |
| Morphine - Free | 64 | ng/mL | 001 - Peripheral Blood |
| Fentanyl | 32 | ng/mL | 001 - Peripheral Blood |
| Cocaine / Metabolites | Presump Pos | ng/mL | 003 - Urine |
| Fentanyl / Metabolite | Presump Pos | ng/mL | 003 - Urine |
| 6-MAM - Free | 37 | ng/mL | 003 - Urine |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 8050U | Postmortem, Urine Screen Add-on (6-MAM Quantification only) |
| 8052B | Postmortem, Expanded, Blood (Forensic) |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Clear Vial | 1.75 mL | 01/28/2020 17:56 | Peripheral Blood | |
| 002 | Red Vial | 0.5 mL | 01/28/2020 17:56 | Peripheral Blood | |
| 003 | Clear Vial | 0.75 mL | 01/28/2020 17:56 | Urine | |

All sample volumes/weights are approximations.

Specimens received on 01/30/2020.

NMS v.18.0

LURRY000461