## AFFIDAVIT OF JENNY ZAMBRANA

I hereby swear or attest, under penalty of perjury, as follows:

1. I am of lawful age.
2. In March 2020, I was employed as a legal assistant by Erickson & Oppenheimer, the law firm representing Ms. Lurry at that time in the matter of *Lurry v. City of Joliet et al.*, 20 CV 4545 (filed in the Northern District of Illinois).
3. On March 2, 2020, I mailed the attached preservation letter dated March 2, 2020 and signed by attorney Abby Bakos (hereby designated as Exhibit A) via USPS certified mail to the City of Joliet Police Department.

_____
Jenny Zambrana

State of Illinois )
)
County of Cook )

Subscribed and sworn to before me this 15th day of June, 2023.

_____
Notary Public

"OFFICIAL SEAL"
LISA RIVERA
Notary Public, State of Illinois
My Commission Expires August 07, 2026

# Erickson & Oppenheimer, LTD

A CIVIL RIGHTS AND CRIMINAL DEFENSE FIRM

223 West Jackson Blvd.
Suite 200
Chicago, Illinois 60661
www.ericksonandoppenheimer.com
Phone: 312-327-3370 (24-Hours)
Fax: 773-409-5827

March 2, 2020

**VIA CERTIFIED US MAIL**
City of Joliet Police Department
150 W. Washington Street
Joliet, Illinois 60432
(815) 724-3100

RE: Preservation Letter

To whom it may concern,

Please be advised that our office represents Nicole Lurry as next friend of Eric Lurry, deceased, in a potential civil case. Mr. Lurry (DOB 8/7/1982) was involved in an incident on or about January 28, 2020 in Joliet, Illinois at the Joliet Police Department. It is my understanding that this incident is being investigated by the Joliet Police Department and an internal investigation unit and we would like to preserve any and all evidence pertaining to the incident and said investigation. In order to ensure that evidence regarding this incident be preserved, we request that the Joliet Police Department preserve and maintain any of the evidence regarding this incident that may be in the custody and control of the Joliet Police Department from January 1, 2020 including without limitation:

- Any and all investigation and reports related to the arrest of Eric Lurry in the City of Joliet and Mr. Lurry's detention inside the Joliet Police Department;
- Any and all surveillance videos depicting footage of Eric Lurry in the City of Joliet, inside the Joliet Police Department and/or in transit to or from the Joliet Police Department
- Any and all dash cam and body cam videos that depict Mr. Lurry and/or Kennan Kinney and/or any of the officers involved in the arrest of these individuals, the search of these individuals and/or the detention of these individuals;
- Any and all video or audio recordings related to Mr. Lurry and/or Kennan Kinney and/or any of the officers involved in the arrest of these individuals, the search of these individuals and/or the detention of these individuals;
- Any and all police logs and dispatch reports related to Mr. Lurry and/or Kennan Kinney and/or any of the officers involved in the arrest of these individuals, the search of these individuals and/or the detention of these individuals;
- Any and all investigations and reports related to Mr. Lurry and Kennan Kinney created after January 1, 2020;

Page 2 March 2, 2020

- All photographs depicting the scene and the individuals and instrumentalities involved in the arrest of Mr. Lurry and/or Kennan Kinney;
- All body cameras worn by any officers on scene or in the police department related to the arrest, search, seizure or detention of Mr. Lurry and/or Kennan Kinney;
- All dash cameras in any police vehicles depicting the officers involved in Mr. Lurry's arrest and detention;
- any and all witness statements; any and all memos and other written and recorded instruments prepared by the City of Joliet (including without limitation by the Joliet Police Department or any internal investigation unit of the Joliet Police Department), its employees and/or agents that involve the arrest of Mr. Lurry.

This letter is a demand to preserve all evidence related to the incident at issue, including without limitation that evidence listed above. Please do not hesitate to contact me with any questions you may have.

Respectfully,

/s/ Abby D. Bakos
Abby D. Bakos