J1 - JOLIET POLICE DEPARTMENT

# OFFICER SUPPLEMENT REPORT

J1-20-0001290-008

150 W Washington St
Joliet, IL 60432
(815) 724-3100

Approved By:
Approved On:

## INCIDENT SUMMARY

**Subject:** Possession of Controlled Substance
**Occurred On:** 1/28/2020 3:12:00 PMTuesday
**Occurred Address:** S Briggs St / E Washington St , JOLIET, IL 60433

**Reported On:** 1/28/2020 3:12:17 PM
**Or Between:**
**Location Name:**

**Report Type:** Supplemental Report
**Disposition:** PENDING INVESTIGATION
**Reporting Officer:** DARCY, CHRISTOPHER
**Assisted By:**

**Beat:** J115

**Juvenile Report:** N - No

## NARRATIVE

I, Officer D'Arcy #221, was in the booking area at the JPD main station, assisting in the processing of the arrestees from this incident. I overheard on the radio other units indicating that an arrestee was not breathing. At the same moment, SGT Collins came into the jail indicating he needed the AED. I made my way to the parking lot and found other officers rendering aid to the arrestee, identified as Eric D. Lurry. Lurry was laying on the ground and appeared unresponsive; Officer Ranstead was doing chest compressions on Lurry. I had Ranstead stop in order to assess Lurry's pulse. Lurry had a strong carotid pulse and had agonal breathing. Lurry's pupils were normal size, equal size, and were slow to react. I used my stethoscope to assess Lurry's breath sounds; I could hear clear lung sounds from Lurry. Lurry stayed unresponsive and appeared to have a seizure. JFD medics arrived on scene and took over care of Lurry.

I am a licensed Emergency Medical Technician - Basic through Illinois Dept. of Public Health. My license is current until 06/30/2021.



Ex. 25

JOLIET000015