Page 1

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF ILLINOIS
 3                 EASTERN DIVISION
 4 -------------------------------------------------------
 5 Nicole Lurry, as Special Administrator of the Estate of
 6 Eric Lurry, Jr., deceased,
 7
 8          Plaintiff,
 9
10     vs.                    Case Number 1:2020cv04545
11
12 City of Joliet et al.,
13
14          Defendants.
15 -------------------------------------------------------
16          Deposition of Michael Steurer
17                      Friday
18              January 14th, 2022
19
20                       -at-
21
22            Zoom Remote Deposition
23
24
25
```

Page 2

```
 1            APPEARANCES
 2
 3      For the Plaintiff:
 4          Abby Bakos
 5          Ronak Maisuria
 6      Bakos & Maisuria Law Group
 7          1755 Park Street
 8          Suite 200-1070
 9       Naperville, Illinois 60563
10
11      For the Defendants:
12         G. David Mathues
13      Hervas, Condon & Bersani, P.C.
14          333 Pierce Road
15             Suite 195
16        Itasca, Illinois 60143
17
18           Also present:
19           John Kvederas
20           Nicole Lurry
21
22    RECORDER: Zoom is recording. Good
23 afternoon. We're now on the record. Today is Friday,
24 January 14th, 2022. The time is now 1:00 p.m. We're
25 meeting remotely today for the deposition of Officer
```

Page 3

```
 1 Michael Steurer in the matter of Nicole Lurry, as
 2 Special Administrator of Eric Lurry, Jr. (sic),
 3 deceased v. City of Joliet et al., case number
 4 1:2020cv04545. The venue is Northern District of
 5 Illinois, Eastern Division. Officer Steurer, my name
 6 is Debra Westfall. I'm a notary public, and I'm
 7 recording this deposition on behalf of Exhibit 5, LLC.
 8 This deposition is being recorded remotely via Zoom in
 9 accordance with Illinois Public Act 101-0640. Officer
10 Steurer, would you please confirm your identity by
11 placing a valid picture ID in front of the camera
12 briefly? I'm so sorry, I forgot to ask you to get that
13 ready earlier. Do you have, maybe, a work badge?
14    MR. STEURER: Okay. See if this works. Oh,
15 yeah, I do, actually. Here.
16    RECORDER: Thank you very much. And Officer
17 Steurer, are you physically located within the state of
18 Illinois today?
19    MR. STEURER: I am.                    0:01:11
20    RECORDER: At this time, would you please
21 raise your right hand for the oath?
22        (Witness sworn)
23    RECORDER: Thank you. Would the attorneys
24 please state their appearances for the record?
25    MS. BAKOS: Abby Bakos, Ronak Maisuria on
```

Page 4

```
 1 behalf of the Plaintiff, and also Nicole Lurry is on
 2 the Zoom.
 3    MR. MATHUES: David Mathues on behalf of the
 4 Defendants, that's my name there at the bottom, and I
 5 am actually going to change that so it's Officer
 6 Steurer.
 7    RECORDER: And then I -- I have John Kvederas
 8 shadowing me today, he's just over to my left. That
 9 completes the required information. We can proceed.
10              EXAMINATION
11 BY MS. BAKOS:
12    Q. Officer Steurer, can you please state and
13 spell your name for the record?
14    A. Officer Steurer, S-t-e-u-r-e-r, badge 295.
15    Q. All right. This is the video recorded
16 deposition of Officer -- Joliet Police Officer Steurer
17 taken pursuant to Federal Rules of Civil Procedure in
18 the matter of Lurry v. City of Joliet et al., case
19 number 20cv4545. Officer, have you ever been deposed?
20    A. Federally, no.                    0:02:36
21    Q. You've been deposed in a state case?
22    A. Yes.
23    Q. How many times have you been deposed?
24    A. Only twice.
25    Q. And when is the most recent time?
```

Page 25

1    A.  Yes.                               0:27:46
2    Q.  Okay.  And would you agree with me that in
3  that video, it depicts Sergeant May holding Mr. Lurry's
4  nose closed?
5    A.  Yes.
6    Q.  Okay.  Have you ever seen any other police
7  officers use that tactic to get an arrestee to open
8  their mouths to extract drugs?
9    A.  Yes.
10   Q.  Okay.  And how many times have you seen that
11  done?
12   A.  A handful, probably less than a dozen.
13   Q.  Okay.  Have you ever received any training
14  that holding the nose is the proper method of getting
15  an arrestee to open his mouth to extract drugs?
16       MR. MATHUES:  Objection to form.
17   A.  No, I have not.
18   Q.  Okay.  And of the times that you've seen --
19  well, strike that.  In the video that you viewed of
20  Sergeant May and Mr. Lurry in the back seat of the
21  squad car, did you view Mr. -- I'm sorry, Sergeant May
22  hit Mr. Lurry in the face with his hand?
23   A.  Yes.                               0:28:55
24   Q.  Have you ever seen any other police officer
25  hit an arrestee in the face with their hand in an

Page 26

1  effort to get the arrestee to spit out drugs or in an
2  effort to extract drugs from an arrestee's mouth?
3    A.  No.
4    Q.  Is that something that you've ever received
5  training -- have you ever been trained to do that?
6    A.  No.                               0:29:26
7    Q.  Did the actions that you observed from
8  Sergeant May in that video that depicted him and Mr.
9  Lurry in the back seat of that squad car, did his
10  actions surprise you in any way?
11       MR. MATHUES:  Objection to relevance and to
12  form.
13   A.  I know I -- I wouldn't have handled it that
14  way.
15   Q.  Okay.  And what was it -- or -- or why do you
16  say that?
17   A.  To get the decedent's attention, I probably
18  would have done a sternum rub because that I am trained
19  in to wake somebody up.
20   Q.  Okay.  Did the language that Sergeant May use
21  in calling Mr. Lurry a "bitch," did that surprise you?
22       MR. MATHUES:  Objection to form and to
23  relevance.
24   A.  I wouldn't say, "Surprised."  It -- probably
25  unnecessary, I would not use that language.

Page 27

1    Q.  Have you ever had any conversations with
2  Sergeant May about his conduct with Mr. Lurry in the
3  back seat of the squad car?
4    A.  No.                               0:30:55
5    Q.  Aside from performing a sternum rub -- well,
6  strike that.  Do you know what the purpose of the
7  sternum rub is?
8    A.  We use it on people that -- I've seen Joliet
9  Fire use it as well -- as a method to see if people are
10  faking being passed out or not.
11   Q.  Okay.  And have you ever been trained on any
12  other methods to see if someone is feigning a medical
13  emergency?
14   A.  No.                               0:31:37
15   Q.  Do you know if the Joliet Police Department
16  allows officers to use any methods to see if an
17  arrestee is experiencing -- really experiencing a
18  medical emergency aside from a sternum rub?
19       MR. MATHUES:  Objection to the extent it
20  calls for speculation and objection to form.
21   A.  As far as JPD's training, I -- I am unaware
22  of anything but a sternum rub.
23   Q.  Have you seen any police officers do anything
24  aside from the sternum rub to determine if someone is
25  feigning a medical emergency?

Page 28

1        MR. MATHUES:  Objection to the extent it
2  calls for speculation and an incomplete hypothetical.
3    A.  No.
4    Q.  Okay.  Do you know who Officer Wietting is?
5    A.  Yes.                              0:32:43
6    Q.  Am I saying that right, or is it Wietting?
7    A.  It's Wietting.
8    Q.  Wietting?  Okay.  And have you known him
9  since you started with JPD?
10   A.  Yes.
11   Q.  Do you have -- have you ever socialized with
12  him outside of work or work functions?  I'm sorry.
13   A.  Just once.
14   Q.  Okay.  Would you say that you have a personal
15  relationship with him or is he more of an acquaintance?
16   A.  I'd say he's more of an acquaintance.
17   Q.  Okay.  Have you ever had any conversations
18  with him about the incident -- the July -- I'm sorry,
19  the January 28th, 2020 incident involving Mr. Lurry?
20   A.  No.
21   Q.  Okay.  And just going forward, if I refer to
22  "the incident," that is what I'm talking about, the
23  January 28th, 2020 incident with Mr. Lurry, okay?
24   A.  Okay.
25   Q.  Okay.  And do you know who Officer Tellez is?

Page 45

1 had with Harrison and May happened right outside the
2 sally port, is that fair to say?
3   A.  Yes.
4   Q.  And that was in the parking lot of the Joliet
5 police station?
6   A.  Yes.
7   Q.  Okay.  When Tellez pulled up, he was
8 accompanied by Officer McCue, is that correct?
9   A.  Yes.
10   Q.  Okay.  And tell me -- well what did you see
11 after Officer Tellez and McCue's squad car was parked?
12   A.  I couldn't see a real lot, so I -- I kind of
13 walked around to the back to see what was going on.  I
14 couldn't hear or see anything that was going on in the
15 car at the time.  We had -- then I saw -- I think it
16 was Lieutenant Harrison and Sergeant May walk around
17 the driver's side of the vehicle, I know McCue is
18 giving orders like, "Hey, let's get out of the vehicle,
19 we'll move it away," just various lawful orders like
20 that to try and get Mr. Lurry out of the vehicle.
21   Q.  Okay.  So would it be fair to say then when
22 the squad initially pulled up, you immediately went to
23 the rear of Officer Tellez and McCue's squad car?
24       MR. MATHUES:  Objection to form.        0:54:45
25   A.  I think -- well, I -- I -- I kind of was just

Page 46

1 walking around aimlessly if you look at the video, but,
2 like, I walked up to the front, I couldn't get through
3 because there was a couple people already, so that's
4 when I kind of walked around to the back.
5   Q.  Okay.  And did you stay actually in the --
6 behind the vehicle for any period of time or did you
7 kind of meander to the driver's side or to the
8 passenger's side?
9       MR. MATHUES:  Objection to form.
10   A.  Yeah, I just kind of meandered to be honest
11 with you.  I was behind the vehicle the whole time, so
12 I couldn't see inside what was going on, but, yeah, I
13 just kind of -- like I said, the video shows I just
14 kind of walked around and I -- I didn't know what was
15 happening at the -- at the moment, no.
16   Q.  Okay.  And you mentioned that Tellez had told
17 you that someone had -- or that the subject that was in
18 the vehicle had resisted arrest?
19   A.  Yes.                                    0:55:39
20   Q.  Okay.  How long after the vehicle -- the
21 squad car was parked did he give you that information?
22   A.  As soon as he walks out.  I'm actually -- I
23 think if you see him walk out as he pulls up and lets
24 us know that, "Hey, there was," you know, obviously "an
25 issue on the scene."

Page 47

1   Q.  Okay.  Did he tell you anything aside from
2 the fact that the subject in the squad car had resisted
3 arrest?
4   A.  No, not that I recall.
5   Q.  Did he tell you that the subject put drugs in
6 his mouth?
7   A.  He was -- I -- he didn't put that right to
8 me, but I know he was talking to Sergeant May about
9 something, and I would imagine it was that, but I don't
10 -- he didn't say it to me specifically, no.
11   Q.  Okay.  And why do you think it was that that
12 he was telling Sergeant May?
13   A.  Oh, I don't know, I think that's -- I would
14 notify a supervisor, obviously, if I thought somebody
15 had ingested narcotics.
16   Q.  Okay.  And did Officer Tellez ever tell you
17 that Mr. Lurry was chewing on anything during the
18 transport to the station?
19   A.  Me personally?  Not that I recall.
20   Q.  Did you overhear him telling anyone else
21 that?
22   A.  No, to be honest with you.
23   A.  Okay.  At the time that Tellez and McCue
24 pulled up, did you have any reason to believe that
25 there was any sort of a medical emergency going on with

Page 48

1 Mr. Lurry?
2   A.  No.                                      0:57:30
3   Q.  When you went -- when you initially
4 approached the squad car, were you able to hear
5 anything that the officers -- that any of the police
6 officers were saying?
7   A.  No, not really, not until I walked around to
8 the back.
9   Q.  Okay.  How long after the squad car pulled up
10 did you walk around to the back?
11   A.  Well, like I said, I tried to get through,
12 and unfortunately all the squads were parked next to
13 each other, so I really couldn't get through.  That's
14 when I kind of walked around and that's when I heard
15 McCue start giving commands as far as, you know, "Get
16 out of the vehicle," you know, and then I believe him
17 and Sergeant May started talking about that he was
18 either not responsive or faking non-responsiveness at
19 the time.
20   Q.  Okay.  Did you -- when you heard McCue give
21 these commands to Mr. Lurry, were you still at that
22 time in the rear of the squad car?
23   A.  I was in between -- yeah, it was McCue that
24 was inside the car, Officer Ranstead, and then myself.
25   Q.  Okay.  So you were standing behind Officer

Page 53

1   Q.  Did any police officers say anything about
2  Mr. Lurry having any drugs in his mouth at any time
3  before Officer Ranstead took him out of the vehicle?
4   A.  It's possible, but not from what I heard.
5   Q.  Okay.  When Mr. Lurry was pulled out of the
6  vehicle, where were you in proximity to Mr. Lurry?
7   A.  I was pretty close.  I was in between two
8  squads and Officer Ranstead.  I was still standing
9  behind Officer Ranstead when they -- they got him out
10 of the vehicle.
11  Q.  Okay.  So would it be fair to say that you
12 were on the passenger's side of the squad car?
13  A.  Yes.                          1:04:36
14  Q.  Okay.  And you were directly behind Officer
15 Ranstead when Ranstead pulled Mr. Lurry out of the
16 vehicle?
17     MR. MATHUES:  Objection to form.
18  A.  Yes.
19  Q.  Did you assist Officer Ranstead, in any way,
20 in pulling Mr. Lurry out?
21  A.  No.
22  Q.  Did you see any other police officers assist?
23  A.  That happened pretty quickly.  I know -- I
24 know once they had got him on the ground, like I said,
25 Officer Ranstead began CPR and then Officer D'Arcy

Page 54

1  actually came in and began some medical help.
2   Q.  Did you make physical contact with Mr. Lurry
3  when he was out of the vehicle?
4   A.  At no point, no.              1:05:29
5   Q.  Okay.  Where did Officer McCue go when
6  Sergeant Ranstead pulled Mr. Lurry out of the vehicle?
7      MR. MATHUES:  Objection to the extent it
8  calls for speculation.
9   A.  I have no clue to be honest with you.  I
10 don't know.
11  Q.  Okay.  When Mr. Lurry was pulled out of the
12 vehicle, what part of his body touched the ground
13 first?
14  A.  I don't -- it -- it happened really fast.  I
15 don't know.  Officer Ranstead was kind of blocking my
16 view to a certain extent.
17  Q.  Okay.
18  A.  So I don't know.
19  Q.  Did Officer Ranstead, kind of, had to back up
20 towards you to pull Mr. Lurry out?
21  A.  Yes.
22  Q.  Okay.  And Mr. Lurry was initially pulled out
23 and placed just outside the passenger -- rear passenger
24 door, is that correct?
25  A.  Yes.                          1:06:36

Page 55

1   Q.  Okay.  And at that point, you knew that there
2  was some sort of a medical emergency going on, right?
3   A.  Yes, as soon as I saw Officer Ranstead begin
4  CPR, I did.
5   Q.  Okay.  At any time before that, did you know
6  that there was a medical emergency?
7   A.  No, not really.
8   Q.  Okay.  When Ranstead pulled Mr. Lurry out of
9  the vehicle, can you describe how Mr. Lurry looked?
10  A.  For lack of a better term, he -- he looked
11 like he was in bad shape.
12  Q.  Okay.  What do you mean by that?
13  A.  Medically his eyes -- I -- I mean, I'm in law
14 enforcement.  I mean, I've seen countless overdoses,
15 and dead people, and people about to die, he -- his
16 eyes and his motionless body kind of said that he was
17 obviously in dire medical duress at the time when they
18 got him out of the vehicle.
19  Q.  Okay.  Were his eyes closed once Ranstead got
20 him out of the vehicle?
21  A.  They were wide open.          1:07:47
22  Q.  Did they -- did he appear to be -- like, were
23 they rolling back or did they seem to be focused in
24 your opinion?
25  A.  No, they were -- they were completely blacked

Page 56

1  out and they were wide open.  They were glassy, and --
2  and we're actually trained in this part, whether it's
3  narcotics or alcohol, that he obviously had a high
4  level of intoxication of something in his system the
5  way his eyes looked.
6   Q.  And is that something that you've seen before
7  in other individuals who you've witness overdose on
8  drugs?
9   A.  Yes.
10  Q.  Okay.  Excuse me.  Was Mr. Lurry's body limp
11 when you saw him once he was on the ground?
12  A.  Yes.                          1:08:34
13  Q.  Okay.  Was -- could you tell whether or not
14 he was breathing?
15  A.  It was kind of hard to tell until once Pete
16 began CPR.  I saw the arrestee cough up a baggie, and
17 then it seemed like he caught his breath at that moment
18 for even a couple seconds, and his eyes actually looked
19 not as dire as they originally did.
20  Q.  Okay.  So just so I understand this, how long
21 was it from the time that Mr. Lurry was pulled out of
22 the vehicle by Officer Ranstead to the time that you
23 saw Mr. Lurry cough up the bag?
24  A.  Unless you're in a situation like that, time
25 kind of stands still.  I know it's a terrible answer,

Exhibit 5, LLC

Page 57

1  but, like, I -- I don't know, could have been seconds,
2  it could have been a minute. I know Ranstead was
3  feverishly doing CPR on him.
4      Q. And so when Mr. Lurry coughed up this bag,
5  was that -- was Officer Ranstead simultaneously doing
6  CPR on him?
7      A. Yeah, as he started to cough a little bit, he
8  kind of turned him on his side which we're trained to
9  do. Officer D'Arcy was also doing a couple things I
10 know medically to him, his eyes came back for a brief
11 second, and again he started gasping for air slightly,
12 and then, like I said in my statement to the major
13 crimes task force, what I describe as kind of a
14 "seizing moment" where Mr. Lurry's body began to shake
15 kind of violently on the ground.
16     Q. Okay. I just want to back you up for a
17 second. Can you tell me what you saw come out of Mr.
18 Lurry's mouth when he coughed?
19     A. It looked like the corner of a baggie that
20 had been tied off.
21     Q. And when you say the -- would it be fair to
22 say that it was -- there was a white substance in the
23 corner of a bag that made, like, a sealed circle? It
24 was tied off at the end?
25        MR. MATHUES: Objection to form and

Page 58

1  foundation.
2      A. No, I didn't -- I didn't see a white
3  substance, I just saw the corner of a baggie that had
4  been tied off, and at the time I was like, "Oh, he just
5  spit up a baggie, it's pink," and then somebody said,
6  "No, it's probably blood," so yeah, I didn't see any
7  substance in the actual baggie. It looked like the --
8      Q. Do you remember who was --
9      A. -- baggie was chewed open.
10     Q. Sorry. It looked like it had been chewed
11 open?
12     A. Yes.                          1:11:17
13     Q. Okay. So -- okay. And who told you that it
14 was probably blood?
15     A. With all the commotion, I -- I -- I can't
16 recall.
17     Q. Okay. Who was around you at that time and
18 around Mr. Lurry aside from you, Ranstead?
19     A. Yeah, Officer D'Arcy, who was also providing
20 medical assistance, and then Sergeant Collins had came
21 -- came out at the time with an AED and he was actually
22 standing behind Officer D'Arcy.
23     Q. Okay. So where was Mr. D'Arcy in relation to
24 Mr. Lurry when Mr. Lurry coughed up the bag?
25     A. He was towards his feet because Officer

Page 59

1  Ranstead was more towards, like, his upper torso.
2      Q. And in performing CPR, can you just describe
3  for me exactly what that looked like? What was
4  Ranstead physically doing to Mr. Lurry?
5      A. He was giving him chest compressions.
6      Q. Okay. And he was not doing -- there was no
7  mouth-to-mouth interaction, correct?
8      A. No.                           1:12:25
9      Q. And did Mr. Lurry start to cough as Officer
10 Ranstead was administering the chest compressions?
11        MR. MATHUES: Objection to form. Vague.
12     A. Yeah, it was shortly thereafter.
13     Q. Okay. And did Mr. Lurry cough up the bag
14 while Mr. Lurry was still on his back?
15        MR. MATHUES: Objection to foundation.
16     A. I believe he gasped a little bit for air and
17 they kind of turned him on his side, and I think that's
18 when he spit up the baggie.
19     Q. Okay. And did it look like the cough -- did
20 you actually hear a cough?
21     A. What would be a cough, yeah, like a gasp for
22 air almost, like he was -- something had been jammed in
23 his airway, it was released, and you get that, like,
24 where he breathed in heavily and coughed a little bit,
25 yes.

Page 60

1      Q. Okay. And then it appeared to you -- well,
2  strike that. Where did the bag go when it came out of
3  Mr. Lurry's mouth?
4         MR. MATHUES: Objection to foundation.
5      A. It was right to the left side of his head.
6      Q. Okay. So he was turned to his left side when
7  he was rolled over?
8      A. Yes.                          1:13:36
9      Q. Okay. And then you said after the bag came
10 out of his mouth and -- did you hear him take a breath
11 in after that?
12        MR. MATHUES: Objection to foundation.
13     A. Yeah, like I said, you could tell he was kind
14 of gasping for air. It wasn't a natural breath for
15 sure.
16     Q. Okay. And -- and by that, you mean it was
17 kind of -- well, what do you mean "it wasn't natural"?
18     A. Well, in the sense that, like, me and you are
19 breathing now, you could tell it was, like, a forced
20 gasp for air, like you know, the human body wants to
21 live type. So it was, like, breathing in trying to get
22 oxygen and seeing where it had been cut off.
23     Q. Okay. And did you hear any officers say
24 anything at the time that Mr. Lurry coughed up this
25 bag?