In Demand Electronic Court Reporting, Inc. www.InDemandReporting.com                              (773) 239-6008

---

**Page 1**

```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
------------------------------------------------------
Nicole Lurry,

          Plaintiffs,

    vs.                         Case Number 1:2020cv04545

City of Joliet, et al.,

          Defendants.
------------------------------------------------------

           Remote Videoconference Deposition of
                  Nicholas Gerald Murphy
                        Monday
                   December 6, 2021

              -Video Recorded Remotely by-

              In Demand Video Court Reporting
                216 South Jefferson Street
                       Suite 103
                   Chicago, Illinois 60661
```

---

**Page 2**

```
                        APPEARANCES

                     For the Plaintiff:

                     Ronak P. Maisuria
                        Abby Bakos
                     Bakos & Maisuria
                    1755 S. Park Street
                        Suite 200
                 Naperville, Illinois 60563


                    For the Defendants:

                      David Mathues
                Hervas, Condon, & Bersani, P.C.
                      333 Pierce Road
                        Suite 195
                  Itasca, Illinois 60143


                       Also present:

                       Nicole Lurry
```

---

**Page 3**

```
                      EXAMINATION INDEX

DIRECT        CROSS        REDIRECT       RECROSS
  5            121           131            --


                       EXHIBIT INDEX

EXHIBIT NUMBER                            PAGE NUMBER
  1 -                                         74
```

---

**Page 4**

1  THE RECORDER: Good morning. We are now on
2  the record, Monday, December 6th, 2021. The time is
3  10:03 a.m. By agreement of all parties, we are
4  convened via remote videoconference for a
5  video-recorded deposition in the matter of Nicole Lurry
6  versus City of Joliet, et al., Case No. 20 CV 4545,
7  before the Northern District of Illinois, Eastern
8  Division.                                      0:00:21
9      This deposition is being recorded by In
10 Demand Court Reporting, located at 216 South Jefferson
11 Street, Chicago, Illinois 60661, on behalf of the
12 Plaintiff and being taken at the instance of the
13 Plaintiff. The witness today is Nicholas Gerard --
14 Gerald -- sorry -- Murphy.                     0:00:35
15     Mr. Murphy, my name is Allyson Pritchard.
16 I'm a notary public and the video recording device
17 operator for this deposition. At this time, would you
18 please raise your right hand for the oath?     0:00:43
19         (Witness sworn)
20     THE RECORDER: Thank you.
21     Would the attorneys please state their
22 appearances for the record?                    0:00:53
23     MS. BAKOS: Abby Bakos, and Ronak Maisuria is
24 also online, for the Plaintiff, as well as the
25 Plaintiff herself, Nicole Lurry.

---

In Demand Electronic Court Reporting, Inc. www.InDemandReporting.com                    (773) 239-6008

```
 1     A.  Yes.                          2:35:37
 2     Q.  And you don't remember the exact words that
 3  any particular police officer may have been saying to
 4  --
 5     A.  To the --                     2:35:44
 6     Q.  -- you because you -- you were focused on Mr.
 7  Lurry?
 8     A.  To the -- to the exact?  No.  I do not
 9  remember.                            2:35:49
10     Q.  Did you give Mr. Lurry all the Narcan that
11  you had in your ambulance?
12     A.  Yes, we did.                  2:35:54
13     Q.  Did it have any effect on Mr. Lurry?
14     A.  It did not.
15     Q.  Approximately how many times in your career
16  as a firefighter paramedic, both with the Joliet Fire
17  Department and Superior, have you given a patient all
18  of the Narcan that you had without that Narcan having
19  an effect on the patient?            2:36:14
20     A.  It's usually in more rare instances.  And
21  usually it is when a drug has been cut or mixed with
22  another one.  Usually it's that it's cut with fentanyl.  2:36:24
23     Q.  Certainly sometimes you give Narcan and it is
24  successful in bringing a patient back, and they start
25  breathing again and their heart starts beating again.
```
129

```
 1  Correct?                             2:36:34
 2     A.  Yes.
 3     Q.  And sometimes you give all the Narcan that
 4  you've got and it is not effective.  The patient
 5  doesn't return to breathing or return to a heartbeat.  2:36:43
 6     A.  That is correct.
 7     Q.  And there is a variety of factors as to why
 8  that might be?
 9     A.  Yes.                          2:36:47
10     Q.  One would be how much time passed between the
11  consumption of the opiate and the delivery of Narcan?
12     A.  Yes.
13     Q.  And one would be how much opiate someone
14  consumed?                            2:36:57
15     A.  Yes.
16     Q.  Another one would be whether the opiate was
17  cut with fentanyl?
18     A.  Yes.                          2:37:01
19     Q.  And another one might be the person's overall
20  tolerance levels for opiates?
21     A.  Yes.
22     Q.  And also their physical condition?   2:37:09
23     A.  Yes.
24     Q.  And Ms. Bakos may have asked you this, but
25  just for purposes of the record.  Do you know who
```
130

```
 1  actually -- the person's name who called the Joliet
 2  Fire Department dispatching for an ambulance?   2:37:41
 3     A.  I do not.
 4     Q.  Nick, that's all I have.
 5         MS. BAKOS:  I just have a few follow-up
 6  questions.                           2:37:55
 7                  REDIRECT EXAMINATION
 8  BY MS. BAKOS:
 9     Q.  You said --
10     A.  Yes.
11     Q.  -- that there's a medical doctor who writes
12  out the protocols.  Is that correct?    2:38:01
13     A.  Yes.
14     Q.  Is there anything in those protocols that has
15  anything to do with retrieving drugs from a -- an
16  individual's -- strike that.         2:38:12
17         Is there anything in the protocols that has
18  anything to do with retrieving objects from an
19  individual's mouth?
20     A.  A generic one.  Yes.         2:38:24
21     Q.  What about specifically retrieving narcotics
22  from an individual's mouth?
23     A.  No.
24     Q.  Is there anything that has -- that mentions
25  holding an individual's nose in order to restrict their
```
131

```
 1  breathing?                           2:38:45
 2     A.  No.
 3     Q.  And that's also not something that you've
 4  been trained to do.  Correct?
 5         MR. MATHUES:  Objection to form.   2:38:53
 6         THE WITNESS:  Directly, no.
 7  BY MS. BAKOS:
 8     Q.  But indirectly trained?
 9     A.  So it -- it -- there is no real training as
10  far as if you have someone -- like, per se, with pica
11  and you need to have that person open their mouth.   2:39:12
12         So no, there's not a direct training on that
13  one.
14     Q.  What is pica?
15     A.  Pica is where someone wants to eat random
16  things like nails, glass, razorblades, so on and so
17  forth.                               2:39:26
18     Q.  Okay.  So there is no trainings that you've
19  received that -- that permits you to pinch someone's
20  nose to get them to open their mouth.    2:39:42
21         MR. MATHUES:  Objection --
22  BY MS. BAKOS:
23     Q.  Is that fair to say?
24         MR. MATHUES:  Objection to form and
25  foundation.                          2:39:47
```
132

Pages 129 to 132

In Demand Electronic Court Reporting, Inc www.InDemandReporting.com                    (773) 239-6008

**Page 133**

1  THE WITNESS: Yes.
2  BY MS. BAKOS:
3  Q. Okay. And then is there a specific -- when
4  -- when you've used the technique of pinching someone's
5  nose to get them to open their mouths, how -- how long
6  do you do that for? Is --                    2:40:11
7  MR. MATHUES: Object- --
8  BY MS. BAKOS:
9  Q. -- there a specific period of time, or is it
10 just until the person opens their mouth?
11 MR. MATHUES: Objection to foundation and to
12 incomplete hypothetical.                     2:40:20
13 THE WITNESS: There is no particular time
14 limit. Usually they're going to open their mouth and
15 they're going to breathe through their mouth. 2:40:26
16 BY MS. BAKOS:
17 Q. Okay. Would it, in your opinion, be a
18 particularly long period of time to pinch someone's
19 nose to get them to open their mouth if it was about a
20 minute and a half?                           2:40:44
21 MR. MATHUES: Objection to foundation and
22 incomplete hypothetical.
23 THE WITNESS: A minute and a half I would say
24 would not be that long of a time. No.        2:40:52
25 BY MS. BAKOS:

**Page 134**

1  Q. Okay. So would you say that typically one --
2  people can hold their breath for about a minute and a
3  half without issue?                          2:41:12
4  MR. MATHUES: Objection to foundation.
5  THE WITNESS: Again, it depends on person to
6  person. I can't really give you a definitive answer on
7  that.                                        2:41:19
8  But I would say that the normal person, yes,
9  can hold their -- their breath for a minute or a minute
10 and a half.
11 BY MS. BAKOS:
12 Q. And in the incidents where you've pinched
13 someone's nose to get them to open their mouth, were
14 they also in the midst of a drug overdose?   2:41:35
15 A. No.
16 Q. Were they also having some sort of a medical
17 emergency?
18 A. Yes.                                      2:41:45
19 Q. Okay. Like what kind of medical emergency?
20 A. Psychiatric.
21 Q. Okay. Anything other than that?          2:41:52
22 A. Not off the top of my head.
23 Q. Okay. And what about when you've observed
24 doctors and other medical professionals pinch someone's
25 nose? Do you know whether or not that person was

**Page 135**

1  exhibiting signs of a drug overdose at that time? 2:42:07
2  A. They had pills in their mouth. I've seen
3  that before in the hospital. Yes.            2:42:12
4  Q. Okay. But were they actually -- were there
5  actually symptoms that they were in the midst of a drug
6  overdose?
7  MR. MATHUES: Objection to foundation. 2:42:23
8  THE WITNESS: I -- I don't know how much they
9  had ingested at that time, so I can't give you a
10 definitive answer.
11 BY MS. BAKOS:
12 Q. Do you know if they had ingested any drugs? 2:42:32
13 A. I do not know if they did or did not.
14 Q. Do you remember seeing -- seeing any symptoms
15 that they were in the midst of a drug overdose? 2:42:42
16 A. To the best of my knowledge, I did not see
17 the -- the -- the very obvious ones of unresponsiveness
18 or absent breathing.
19 Q. Counsel discussed with you this evidence of
20 -- what is called? Petrechiae [phonetic]?    2:43:17
21 A. Petechiae.
22 Q. Petechiae. Is petechiae always present when
23 an individual is suffocated?                 2:43:30
24 A. Usually is. It -- it's more of an indicator
25 that they are struggling to breathe or straining.

**Page 136**

1  Q. Okay. But not always?                    2:43:46
2  A. It -- it's -- in -- in my experience, every
3  one that I have had, yes, it has always been there.
4  But I cannot --
5  Q. And that --                              2:43:54
6  A. -- give a definitive answer every person.
7  Q. Okay. And then it -- how does it come about
8  exactly? Is that when the person is actually trying to
9  breathe but they can't?                      2:44:07
10 A. It's more the straining and -- and the
11 pressure buildup.
12 Q. Okay. So if the person is already
13 unconscious when they are strangled, would you still
14 expect to see the petrechiae?                2:44:28
15 MR. MATHUES: Objection to foundation and
16 incomplete hypothetical.
17 THE WITNESS: I -- I can't give you a
18 definitive answer on every person. Again, I -- I can't
19 even tell you on some of the calls if the person was
20 responsive before they had been strangulated or hung. 2:44:45
21 Every one that I have seen has the petechiae,
22 because it's -- not only is it them straining to
23 breathe, it's also the backup of blood in the brain and
24 then the -- the blood is trying to drain down but
25 cannot.                                      2:44:57